No. 00–1567. YOUNG ET UX. *v.* UNITED STATES. C. A. 1st Cir. Certiorari granted.

No. 00–1595. HOFFMAN PLASTIC COMPOUNDS, INC. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. D. C. Cir. Certiorari granted.

No. 00–1831. UNITED STATES *v.* CRAFT. C. A. 6th Cir. Certiorari granted.

No. 00–1853. SWIERKIEWICZ *v.* SOREMA N. A. C. A. 2d Cir. Certiorari granted.

No. 00–1751. ZELMAN, SUPERINTENDENT OF PUBLIC INSTRUCTION OF OHIO, ET AL. *v.* SIMMONS-HARRIS ET AL.;
No. 00–1777. HANNA PERKINS SCHOOL ET AL. *v.* SIMMONS-HARRIS ET AL.; and
No. 00–1779. TAYLOR ET AL. *v.* SIMMONS-HARRIS ET AL. C. A. 6th Cir. Certiorari in Nos. 00–1751 and 00–1777 granted. Certiorari in No. 00–1779 granted limited to Question 1 presented by the petition. Cases are consolidated, and a total of one hour is allotted for oral argument.

No. 00–1770. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT *v.* RUCKER ET AL. C. A. 9th Cir. Motion of Housing and Development Law Institute et al. for leave to file a brief as *amici curiae* granted. Certiorari granted. JUSTICE BREYER took no part in the consideration or decision of this motion and this petition.

No. 00–1937. MASSANARI, ACTING COMMISSIONER OF SOCIAL SECURITY *v.* WALTON. C. A. 4th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari granted.

No. 00–8452. ATKINS *v.* VIRGINIA. Sup. Ct. Va. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted.